IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE I. REMIGIO MOLINA, et al. *
*
Plaintiffs * Civil No. 97-1122(SEC)
*
v. *
*
UNITED STATES OF AMERICA *
*
Defendants *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' "Motion Requesting Authorization to Transfer Payment of Settlement Agreement" (Docket # 22). The Court has reviewed this motion together with the accompanying exhibits and has determined that it is in the best interest of minor José I. Remigio Molina to grant it. Accordingly, plaintiffs' motion to transfer payment of settlement agreement is hereby GRANTED. It is hereby further ORDERED that the settlement funds be deposited in accordance with the submitted proposal. The monies so deposited shall not be retrieved without the authorization of the Court.

SO ORDERED.

In San Juan, Puerto Rico, this _23_ day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge